# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

David Dell,

        Plaintiff,                    Case No. 2:23-cv-3167
                                           Judge James L. Graham
    v.                              Magistrate Judge Karen L. Litkovitz

Annette Chambers-Smith, *et al.*,

        Defendants.

<u>Order</u>

This matter is before the Court on the Magistrate Judge's Report and Recommendation, in which she recommended on initial screening under 28 U.S.C. § 1915(e)(2) that the complaint be dismissed for failure to state a claim.

No objections have been filed against the Report and Recommendation. The Court agrees with the Report and Recommendation (Doc. 6) and hereby adopts it. Plaintiff's motion for class certification and the appointment of counsel (Doc. 4) is DENIED. Plaintiff's request for a preliminary injunction (Doc. 1) is DENIED. This action is DISMISSED.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that, for the reasons stated in the Report and Recommendation, an appeal of this Order would not be taken in good faith and therefore plaintiff is denied leave to appeal *in forma pauperis*. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

                                      s/ James L. Graham
                                      JAMES L. GRAHAM
                                      United States District Judge

DATE: February 23, 2024